# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua Calvin Hughes, (DOB: XXXXXXXXX)<br>Jerod Wade Hughes, (DOB: XXXXXXXX)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21-mj-00180<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/28/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 231(a)(3) | Obstruct/Impede/Interfere with Law Enforcement during a Civil Disorder 18 |
| 18 U.S.C. § 1752(a)(1) | Knowingly Enter or Remain in Restricted Building Without Authorization; |
| 18 U.S.C. § 1752(a)(2) | Knowingly Disrupt Government Business or Official Function; |
| 40 U.S.C. § 5104(e)(2)(A) | Enter or Remain in Capitol Building Without Authorization; |
| 40 U.S.C. § 5104(e)(2)(C) | Enter Capitol Building with the Intent to Disrupt Official Business; |
| 40 U.S.C. § 5104(e)(2)(G) | Parade, Demonstrate, or Picket in a Capitol Building |
| 18 U.S.C. § 1361 | Destruction of Property |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*/s/ Alejandro M. Flores*

*Complainant's signature*

Alejandro M. Flores, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/28/2021__

*Judge's signature*

City and state: __Washington, D.C.__ __Zia M. Faruqui, U.S. Magistrate Judge__

*Printed name and title*