NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                         Criminal Number  21-cr-106-2

**Jerod Hughes**
　　　　(Defendant)


TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

　　[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER


_____
(Signature)


**PLEASE PRINT THE FOLLOWING INFORMATION:**

Jonathan Zucker, #384629
*(Attorney & Bar ID Number)*

Law Office of Jonathan Zucker
*(Firm Name)*

37 Florida Avenue, NE #200
*(Street Address)*

Washington, DC  20002
*(City)           (State)           (Zip)*

(202) 624-0784
*(Telephone Number)*