March 22, 2021

To whom it may concern,

My name is Bob Gleich. I am a recently retired 24-year veteran law enforcement officer in the State of Montana. I am also the maternal uncle to both Joshua and Jerod Hughes. I write this letter to speak to the character of both of my nephews in earnest.

Josh and Jerod grew up in East Helena, Montana only a few short miles from my home. I saw them grow from active little boys and even more active teenagers to the responsible young adults they are today.

 By now you have checked the past criminal history of both young men and have found that Josh has never had a run-in with law enforcement. Josh, as always held down a full-time job, is respectful and is respected in his community.

There is no question that you know Jerod has had a devastating run-in with law enforcement that changed him for the better. In fact, Jerod was arrested by his own uncle, my brother David, for the possession of dangerous drugs. A charge not uncommon to many of the youth in Montana. Jerod took his lumps; he completed his probation and did what was expected of him. Jerod did this with humiliation and never looked back. This single incident made him a better person. He is a husband and a father and does what he has to in order to provide for his family. He is a hard worker that holds down a steady job so his wife and daughter can be proud of him. Simply put, he made a mistake as a teenaged kid and he learned from it.

I do not condone the actions of my nephews in any way. Had I known they were going to the rally in Washington D.C., I would have explained to them given my years of law enforcement that nothing good would come of the rally. They
lacked foresight and wisdom and are now paying a very big price for their decision to attend. However, it would be an injustice to keep these young men incarcerated and away from their families while this case slowly grinds through the justice system. If for some reason the court cannot accept these men at their word, they will comply with all court orders and appearances, then take my word they will comply.

In closing, please take into consideration that nobody turned Josh and Jerod into law enforcement. It was their decision to turn themselves into the local FBI office in Helena, Montana. At that time the FBI took their information and sent them back home. Josh and Jerod knew they were going to have to answer for their actions. But they did not run, they did not hide and have since been cooperative with law enforcement and the justice system from day one and I beg the court to release these young men and allow them to return to their families until trial.

Respectfully,
Bob Gleich,
Retired Chief Deputy
Jefferson County Sheriff's Office
Boulder, Montana

From: **catherine hughes** <catjennings@hotmail.com>
Date: Mon, Mar 22, 2021 at 7:26 PM
Subject: Letter on behalf of Jerod Hughes
To: jonathanzuckerlaw@gmail.com <jonathanzuckerlaw@gmail.com>

To whom it may concern:

   Jerod Hughes is my husband and my main care taker. I have known him for 21 years and we've been married for almost 11. In 2016 I became very ill, since then I've become fully disabled. I have a pain stimulator in my spine to help with the constant pain that results from my illness. I also have weekly appointments that I have not been able to attend because my husband's wages paid for the appointments. My husband has done nothing but work 10+ hours a day to try to provide for his family and pay off my massive medical debt so I may continue to see my doctor's and get the care I need.  He not only works 10+ hours every day but then comes home to cook us dinner and clean the house because I rarely feel well enough to help him with these things.  Please consider him for bail, we dearly need him home, he does not want to run away from any of this, he is ready to face the consequences of his actions, we just ask that he may wait at home while everything is decided. Thank you for your time and attention regarding this matter.

*Sent from my Verizon Motorola Smartphone*

Joseph M. Hughes

6064 West U.S. Highway 12

Helena MT, 59601

March 23, 2021

To whom it may concern,

It saddens me to have to write this letter due to the circumstances surrounding my brother Jerod Hughes. In his early adulthood he was not a very productive member of society and was getting himself into trouble just like he has done now. Out of the thousands of protestors Jerod made the bad decision of going into the Capitol. I know he kicked in a door to gain entrance and, like hundreds of others, went inside to, what seemed at the time, saving this country from a corrupt election. This obviously does not excuse his actions, but he did not physically harm anyone and after the initial chaos of the storming of the Capitol he left along with my brother Josh Hughes. After returning back to Helena, MT they immediately turned themselves in and waited three weeks before being arrested. For him not to receive a bail is absurd and an unusual punishment considering all that I have stated. Especially when I talk with other families who have their family members get bailed out of jail for the same thing, or in some cases, had done more violent actions than Jerod. He is a good, hard working, loving family man. He has turned his life around dramatically and strives to simply provide for his family and love them as fiercely as he can.

Pastor David A. Mallo, Sr
2995 Prospect Ave. Trill #48
Helena, MT 59601


Re:  Letter of Character


To whom it may concern, this letter of the character of Jerrod W. Hughes.  I have known Jerrod since the young age of 3.  As a child Jerrod always attended Sunday services with his parents, even into High School.  Jerrod has always been a good young man.  Hard working family man.  Jerrod graduated High School.

I preformed Jarrod and Katherine's Wedding ceremony, when I was asked by each of them.

I realize that Jerrod was caught up the excitement of the moment, along with the Adrenalin rush with many others.  Yet this is no reason to completely ruin he and his family's life for ever.


Sincerely,

Pastor David A. Mallo,  Sr.

To whom it may concern,

I, Cassandra Hughes, have known your client, Jerod Hughes, my entire life. He is my big brother, and a part of my heart. Over the three decades I have known Jerod, I have grown to admire him dearly. I have seen him work harder than most, love fiercely, and fight passionately for what he believes in. He is a committed partner to his wife, Catherine, an amazing father and provider to his daughter, Andrea, and a great brother to myself, as well as my fellow siblings. Jerod has overcome so many hardships in his young life, and every time that he has been knocked down, he has jumped right back up, learning from his mistakes, and becoming a better man for it. He is a good man, father, husband, brother, son, and friend. I am proud to know him, and grateful for the impact he has had on my life.

Thank you,

His little sister, Cassie

March 22, 2021

Reference: Character Reference for Josh Hughes and Jerrod Hughes

To Whom It May Concern:

I am writing this letter to give a character reference for Josh Hughes and Jerrod Hughes. I am their uncle and a retired police lieutenant with the Odessa Police Department in Odessa Texas. I have known Josh and Jerrod all their lives. They are good Christian boys that would go out of their way to help someone. I know Josh and Jerrod to be very respectful and honest when dealing with people. Josh and Jerrod have strong family values and a high grade of respect for their community. They both have many relatives in law enforcement and have always been respectful of the law and law enforcement officers.

I believe Josh and Jerrod went to Washington DC to participate in a legal demonstration and wanted to have their voices heard concerning the current political atmosphere and being young men, made some poor decisions in the heat of the moment. I would hope that they would not be judged solely on one incident of poor judgement that will have a lasting effect on the rest of their lives.

I am not in the habit of giving out character references and would only make these statements if I knew them to be true through my personal dealings with Josh and Jerrod. I would hope you would consider this character reference for Josh and Jerrod when dealing with these young men.

Sincerely,

Ronald C. Hughes, Retired Police Lieutenant
Odessa Police Department
Odessa, Texas   79761
E-Mail Address:  rhughes@mygrande.net

From: **catherine hughes** <catjennings@hotmail.com>
Date: Mon, Mar 22, 2021 at 10:05 PM
Subject: Letter - Jerod Hughes
To: jonathanzuckerlaw@gmail.com <jonathanzuckerlaw@gmail.com>

Transcribed by Catherine Hughes for Margaret Jennings-Jeffrey whom is visually impaired. her character letter is as follows:
To whom it may concern, my name is Margaret Jennings-Jeffrey, I'm a cancer survivor and devoted over 20 years to, and retired from, the State of Montana. I'm also Jerods mother-in-law. I've known Jerod since he was in middle school. I've known him to be a dependable and considerate person.  He has had his issues, as all young people do but he has made amends and grew from those mistakes. He's been loyal to his family, friends and employers. He's been dedicated to making his ill wife have the best quality of life possible given her situation, he is a devoted family man and   his family needs him. Please consider him for bail, I've always known him to take accountability for his actions and believe he wants nothing more than to be a productive member of society again. Thank you for your attention regarding this matter.

*Sent from my Verizon Motorola Smartphone*

From: Joann Smith <joanns661@gmail.com>
Date: Mar 22, 2021 5:33 PM
Subject: character reference for Jerod Hughes
To: catjennings@hotmail.com
Cc:

I have known Jerod Hughes for around 17 years.  I first met Jerod when I took over managing a casino in East Helena Montana, Jerod was one of my best runners he has a great personality and a work ethic that is top of the line.  I soon had the privilege of getting to know the entire Hughes family and they are all wonderful hard working people.  Jerod's parents raised him to stand up for what he believes with courage and conviction and great love for the United States.  Jerod is a great dad and husband.  Jerod is a very stand up and take responsibility for what he believes in kind of man.

Thank you for your attention to this matter
Sincerly
Joann Smith

---------- Forwarded message ----------
From: Leigh Ewing <leighandtimmt@gmail.com>
Date: Mar 23, 2021 11:10 AM
Subject:
To: catjennings@hotmail.com
Cc:

To whom it may concern my name is Timothy Ray Ewing a current Community member of Helena Montana and actively self-employed I have known Jared Hughes 21 years . fresh out of high school he married his high school sweetheart at a young age , and they have a beautiful child together , he has been very responsible raising , and supporting his family, and is a reliable asset to his job. Since I have known Jared I have never seen him display anger or be radical in anyway! He's always been respectful and gives an honest day's work for an honest day's pay. and is loyal to a fault. If he believes in you there's nothing he won't do for you! It is that line right there that landed him in front of you. Obviously he made bad choices but he listened to the one man who he thought he could believe! President Trump. I know ignorance is no excuse of the law. This man is not gang related. He's only family-orientated weekly dinners with his entire family, I only ask that you consider all this in your sentencing. Respectfully yours Tim Ewing

From: **Ernest Hughes** <ernesthughes50@gmail.com>
Date: Wed, Mar 24, 2021 at 5:43 PM
Subject: Character reference- Jerod Hughes
To: <Jonathanzuckerlaw@gmail.com>

To whom it may concern.

I am the father of Jerod Wade Hughes. My son is the sole provider for a handicapped wife and a 14 year old daughter. Jerods a very hard working man and an integral part of his work crew. He is needed at home so he can take care of his family. My hope is that he is granted bail while his case is being heard. Thank you for your time.

                                Ernest Hughes

To whom it may concern,

I have known Jerod Hughes for a little over 20 years. He is married to my cousin Catherine Hughes and they have a 14-year-old daughter Andrea Hughes. Although I have been away from Montana for a few years, I still keep in touch with Catherine.

Shortly after completing her degree in network administration she started to experience medical issues. She became extremely ill and at times we wondered if she would make it. She spent years trying to get a diagnosis and receive treatment. She is only 35 years old, on disability, and unable to work and provide for her and her daughter. They have relied on Jerod to be their main financial supporter and her caretaker. She has weekly appointments that she is unable to attend without him and his income. Through my conversations with her I have learned that he works 10 hour days and still comes home and cares for her, their daughter, and the household chores. I am very worried about her and Andrea and how they will survive during this time.

Unfortunately, we all know this should have been considered prior to his actions but we also know it is easy to get caught up in the heat of a moment when you feel so passionate about something. I am not making any excuses for him and I do not support his actions. I personally am not in support of Donald Trump but I know Jerod truly believed in him. I am just asking that the welfare of his wife and child be considered during this time. It is also my understanding that he turned himself in prior to being wanted for anything. I hope this will have some weight when considering his options for being released on bail and letting him return to his family while awaiting trial.

Sincerely,

Danielle Whittern

---------- Forwarded message ----------
From: christinerothenbuhler@gmail.com
Date: Mar 23, 2021 9:43 PM
Subject: Jerod Hughes
To: catjennings@hotmail.com
Cc:

To whom it may concern,

I have know Jerod since 2007. Ever since I've have know him I have known him to be kind, energetic, active, always trying new hobbies and a caring individual.

Jerod is a family man. A man who strives and enjoys spending each moment of his time not just spent working but with his family and friends.

He has family fun nights and dinners on Sunday's while playing board games with his parents and family members  as well as friends. He likes to fish, primarily ice fishing but as long as he is fishing with friends and family he is a happy man! Perch and walleye are what are caught mostly. Later to come is a delicious fish fry.

Drinks coffee and enjoys working with his forge. He has helped and passed down forging steel techniques to my husband and son. Explaining and teaching his experiences with this hobby.

He is always there for everyone and lends a hand anytime it is needed. Jerod does what is needed to be done for his family and friends. A well loved individual who works and works hard each day and continues to support his loving wife Catherine who bless her heart is learning and fighting through health issues left unable to work. His daughter Andrea, in her prime teenage years and in need of her father to be there. Jerod keeps the roof over his family as well as the food in their bellies, electric and heat running in their home.

He wants to be there for his family and provide. He wants and needs to be with his wife and daughter.

Thank you for your time.

Christine Rothenbuhler

Sent from my iPhone

*Sent from my Verizon Motorola Smartphone*
---------- Forwarded message ----------
From: D Ferguson <dmferguson70@gmail.com>
Date: Mar 22, 2021 10:38 AM
Subject: Letter
To: catjennings@hotmail.com
Cc:

To Whom it may concern,

I have Known Jerod since 1999. He was just a teenager when I met him.

I watched him do the simple stupid things all teenagers do. We have all been there and done that. However I have also watched Jerod grow up into an upstanding young man . His devotion to his family is stellar. His wife got sick and most young men could have run the other direction. Jerod stayed true and does everything he can to provide for his family. He took on the challenges of being sole provider for his family with dignity and grace. He is a fine member of our community and a man who loves fiercely.

Dawn Ferguson

\--------- Forwarded message ----------
From: "Ernst, Andrew J" <andrewernst@eastman.com>
Date: Mar 23, 2021 4:22 AM
Subject:
To: catjennings@hotmail.com
Cc:

To whom it may concern:

My name is Andy Ernst. I have known Jerod Hughes for 19 years. We grew up together and I've always known Jerod to work hard and be dependable and reliable to his friends and family. I have known him to be a man of integrity and one with accountability. His family needs him. Please let him out on bail while you decide what is going to happen to all of those involved in all of this so that he may continue to provide for his family. Thank you for your attention to this matter.