UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-CR-106-2 (TJK)** |
| : | |
| **JEROD WADE HUGHES,** : | |
| : | |
| **Defendant.** : | |

## UNITED STATES' MOTION TO WITHDRAW

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to withdraw its first Opposition to Defendant's Motion for Pretrial Release (Docket Entry 9). The bases for this motion are as follows:

1. On March 10, 2021, the Defendant had his first appearance in this District, after having been detained in, and transferred from, the District of Montana. During that initial appearance, Magistrate Judge Faruqi scheduled the case for arraignment before this Court on March 25, 2021.

2. Defendant filed a motion for release from custody on the evening of March 24, 2021. (Docket Entry 8).

3. Undersigned counsel filed an incomplete opposition to Defendant's motion on March 25, 2021 (Docket Entry 9), in order to have an opposition on the record prior to the arraignment.

4. On March 25, 2021, the Court granted the United States until March 26, 2021, to file an amended opposition to Defendant's motion. Undersigned counsel intends to file an amended opposition to replace the opposition filed at Docket Entry 9.

WHEREFORE the United States respectfully requests that its motion to withdraw the pleading filed at Docket Entry 9 be GRANTED.

                                  Respectfully Submitted,

                                  CHANNING D. PHILLIPS
                                Acting United States Attorney
                                D.C. Bar No. 415793

By:     */s/ James B. Nelson*
            JAMES B. NELSON
            D.C. Bar No. 1613700
            Assistant United States Attorney
            Federal Major Crimes Section
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-6986
            james.nelson@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on March 26, 2021.

                      By:      */s/ James B. Nelson*
                                  JAMES B. NELSON
                                  D.C. Bar No. 1613700
                                  Assistant United States Attorney
                                  Federal Major Crimes Section
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 252-6986
                                  james.nelson@usdoj.gov