## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Timothy J. Kelly |
| v. | Criminal No. 21-106 (TJK) |
| JEROD HUGHES, | |
| Defendant. | |

### DEFENDANT'S MOTION FOR
### PREPARATION OF CRIMINAL HISTORY CALCULATION

Comes now Defendant, Jerod Hughes, by and through counsel, and respectfully requests this Honorable Court to order that the probation office prepare a criminal history calculation for Mr. Hughes.

In support of this motion, Defendant has a criminal history which could impact the sentencing consequences in this case. A criminal history calculation would help aid the parties in determining what the effect of any conviction would be.

**WHEREFORE**, for the above-stated reasons, the Defendant respectfully moves this Honorable Court to refer this matter to the probation office for preparation of a criminal history calculation.

1

                                                Respectfully submitted,

DATED:  April 10, 2021

                                             /s/
                                          _____
                                          Jonathan Zucker, Esq.

                                          #384629
                                          37 Florida Ave, NE Suite 200
                                          Washington, DC 20002
                                          jonathanzuckerlaw@gmail.com
                                          202-624-0784

## CERTIFICATE OF SERVICE

      I certify that on this 10th day of April, 2021 I caused the foregoing to be filed with the court using the CM/ECF system that will send notification of such filing to the following registered users:

James Nelson
Assistant United States Attorney
555 4th St., NW
Washington, DC  20001
James.nelson@usdoj.gov

                                                  ____/s/_____
                                               Jonathan Zucker

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Timothy J. Kelly |
| v. | Criminal No. 21-106 (TJK) |
| JEROD HUGHES, | |
| Defendant. | |

## ORDER FOR PRE-PLEA CRIMINAL HISTORY AND GUIDELINES CALCULATION

Upon consideration of Mr. Hughes' Motion for Criminal History Calculation, it is this ___ day of _____ 2021 hereby

**ORDERED** that Mr. Hughes' Motion is **GRANTED**; and it is further

**ORDERED** that the United States Probation Office for the District of Columbia shall prepare the Criminal History calculation within forty-five (45) days of the date of this order.

_____
Judge Timothy J. Kelly

**Copies to**:
James Nelson
Assistant United States Attorney
555 4th St., NW
Washington, DC  20001
James.nelson@usdoj.gov

Jonathan Zucker
37 Florida Ave., NE, Suite 200
Washington, DC 20002
*Counsel for Defendant*