# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-106-TJK-2 |
| : | |
| JEROD WADE HUGHES, : | |
| : | |
| Defendant. : | |

## JOINT PROPOSED BRIEFING SCHEDULE

The parties have conferred and submit this joint proposed briefing schedule regarding defendant Jerod Wade Hughes's Motion to Dismiss Count Two of the Indictment (Docket Entry 37), filed on August 30, 2021. The parties have agreed to the following proposed due dates:

- September 22, 2021: Government's Response to Defendant's Motion
- October 6, 2021: Defendant's Reply (if needed)

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   */s/ Hava Mirell*
Hava Mirell
Assistant United States Attorney
Detailee
CA Bar No. 311098
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
(213) 894-0717
Hava.Mirell@usdoj.gov

        */s/ Jonathan Zucker*
Jonathan Zucker
Counsel for Jerod Wade Hughes
Law Office of Jonathan Zucker
37 Florida Avenue, NE, Suite 200
Washington, DC 20002
(202) 624-0784
jonathanzuckerlaw@gmail.com

.