# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Jerod Hughes

Joshua Hughes

Defendants

Criminal No. 21-106 (TJK)

Status AUGUST 23, 2022

## MOTION TO CONTINUE PLEA HEARING BY ONE DAY

Undersigned counsel was scheduled to start a trial and pick a jury before Judge Randolph Moss of the US District Court for the District of Columbia on August 22, 2022. The instant hearing was scheduled for the end of day on August 24, to not interfere with the Jury selection in the other case. In the interim that trial has been delayed for 2 days until August 24, 2022, the day the instant case is set for a plea. Undersigned counsel is asking to reschedule the instant case by one day, to August

25, 2022, at 4:30[1] pm to interfere as little as possible with the trial before Judge Moss.

**WHEREFORE,** it is requested that the instant matter be rescheduled until August 25, 2022, for a change of plea date.

Respectfully submitted,


_____/s/_____

Jonathan Zucker # 384629

37 Florida Av. NE

Suite 200

Washington, DC  20002

(202) 624-0784

jonathanzuckerlaw@gmail.com

Counsel for Jerrod Hughes

### CERTIFICATE OF SERVICE

I certify that on August 22, 2022,   I  caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

Courtesy copies were sent by email to the assigned AUSA and co-defendant counsel.

_____/s/_____

---

[1] Judge Moss asked undersigned to request 4:30 rather than 4:00.  The prosecutor and counsel for co-defendant advised that the requested time is available for them.

Jonathan Zucker