# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>Jerod Hughes<br>Joshua Hughes<br><br>Defendants | Criminal No. 21-106 (TJK)<br><br>Sentencing Nov. 22, 2022 |

### SUPPLEMENT TO MOTION TO CONTINUE SENTENCING

Subsequent to filing the Pending Motion to Continue Sentencing in the instant case undersigned counsel spoke with AUSA Emily Allen, prosecutor in the instant case. The prosecutor graciously agreed to not oppose the requested continuance. Additionally, assuming the continuance is granted, both counsel have the following dates available for the rescheduling: December 16 or 21, 2022; January 3, 5, or 6 (after 11:00 AM on the 6th). Of the proposed dates December 16 is her most convenient date.

**WHEREFORE,** it is requested that the sentencing be rescheduled to one of the requested dates.

Respectfully submitted,

_____/s/_____

Jonathan Zucker # 384629

37 Florida Av. NE

Suite 200

Washington, DC  20002

(202) 624-0784

jonathanzuckerlaw@gmail.com

Counsel for Jerrod Hughes

## CERTIFICATE OF SERVICE

I certify that on November 20, 2022,    I  caused a copy of the foregoing Motion  to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

Courtesy copies were sent by email to the assigned AUSA and co-defendant counsel.

\_\_\_/s/_____

Jonathan Zucker

blank page
Case 1:21-cr-00106-TJK   Document 92   Filed 11/20/22   Page 3 of 3

Case 1:21-cr-00106-TJK   Document 92   Filed 11/20/22   Page 3 of 3